IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br><br>EVELYN J. HARVEY,<br><br>              Debtor,<br><br>OCWEN LOAN SERVICING, LLC,<br><br>              Objecting Party,<br><br>  v.<br><br>EVELYN J. HARVEY and<br>WILLIAM C. MILLER, Ch. 13 Trustee,<br><br>              Respondents | Bankruptcy No. 16-11707-amc<br><br>Chapter 13<br><br>Related to Doc. No. 19 |

## PRAECIPE TO WITHDRAW OBJECTION TO CONFIRMATION OF AMENDED CHAPTER 13 PLAN DATED JUNE 7, 2016

TO THE CLERK OF COURTS:

    Kindly withdraw the Objection to Confirmation of Amended Chapter 13 Plan Dated June 7, 2016 filed on behalf of Ocwen Loan Servicing, LLC on June 7, 2016 at Document No. 19.

                                      By: /s/ Peter J Ashcroft
                                      Peter J Ashcroft, Esq.
                                      PA I.D. # 87317
                                      pashcroft@bernsteinlaw.com
                                      Bernstein-Burkley, P.C.
                                      707 Grant Street, Suite 2200, Gulf Tower
                                      Pittsburgh, PA 15219
                                      Phone - (412) 456-8107
                                      Fax - (412) 456-8135

                                      Counsel for Ocwen Loan Servicing, LLC

Dated: October 31, 2016