**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Evelyn J. Harvey <br> <u>Debtor(s)</u> | CHAPTER 13 <br><br> BKY. NO. 16-11707 AMC |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of MidFirst Bank, as Servicer, and index same on the master mailing list.

Re: Loan # Ending In: 1115

                                   Respectfully submitted,

                                   **/s/Thomas Puleo, Esquire**
                                   Thomas Puleo, Esquire
                                   Brian C. Nicholas, Esquire
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106-1532
                                   (215) 825-6306  FAX (215) 825-6406