IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| | : | |
| EVELYN J. HARVEY, | : | |
| | : | DOCKET NO.: 16-11707-AMC |
| DEBTOR | : | |
| | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | OBJECTION TO PLAN |
| DEPARTMENT OF REVENUE, | : | |
| | : | |
| MOVANT | : | |
| | : | |
| v. | : | |
| | : | |
| EVELYN J. HARVEY, | : | |
| | : | RELATED TO DOCKET NO.: 49 |
| RESPONDENT | : | |

CERTIFICATE OF SERVICE FOR PENNSYLVANIA
DEPARTMENT OF REVENUE'S OBJECTION TO DEBTOR'S
SECOND AMENDED CHAPTER 13 PLAN

I, Joseph J. Swartz, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Second Amended Chapter 13 Plan, on the parties at the below addresses, on January 19, 2017, by:

**16-11707-AMC Notice will be electronically mailed to:**

Peter J. Ashcroft at pashcroft@bernsteinlaw.com, ckutch@ecf.courtdrive.com, pashcroft@ecf.courtdrive.com, pghecf@bernsteinlaw.com, cabbott@ecf.courtdrive.com

Joshua Isaac Goldman at bkgroup@kmllawgroup.com

Andrew F. Gornall at agornall@kmllawgroup.com, bkgroup@kmllawgroup.com

William C. Miller at ecfemails@ph13trustee.com, philaecf@gmail.com

Zachary Perlick at Perlick@verizon.net, pireland1@verizon.net

Thomas I. Puleo at tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com

Joseph J. Swartz at RA-occbankruptcy2@state.pa.us,
RA-occbankruptcy6@state.pa.us

Pamela Elchert Thurmond at pamela.thurmond@phila.gov, james.feighan@phila.gov

United States Trustee at ustpregion03.PH.ECF@usdoj.gov

**16-11707-AMC Notice will not be electronically mailed to:**

Levi Wilkes
Robertson, Anschutz & Schneid, P.L.
Suite 100
6409 Congress Avenue
Boca Raton, FL  33487

EXECUTED ON:  January 20, 2017

                                                               Respectfully submitted by,

                                         By:    /s/ Joseph J. Swartz
                                                    Counsel
                                                    PA Department of Revenue
                                                    Office of Chief Counsel
                                                    P.O. Box 281061
                                                    Harrisburg, PA 17128-1061
                                                    PA Attorney I.D.:  309233
                                                    Phone: (717) 346-4645
                                                    Facsimile: (717) 772-1459
                                                    JoseSwartz@pa.gov