IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re:<br><br>EVELYN J. HARVEY,<br><br>Debtor | Bankruptcy No. 16-11707-amc<br><br>Chapter 13 |
|---|---|

### NOTICE OF WITHDRAWAL OF APPEARANCE OF BERNSTEIN-BURKLEY, P.C. ON BEHALF OF OCWEN LOAN SERVICING, LLC

To the Clerk of Courts:

Kindly withdraw the appearance of Peter J. Ashcroft, Esq. and Bernstein-Burkley, P.C. as local counsel for Ocwen Loan Servicing, LLC in the present matter. Bernstein-Burkley, P.C. was originally retained to handle the plan objection. However, Bernstein-Burkley, P.C. no longer represents Ocwen Loan Servicing, LLC on this matter.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Peter J Ashcroft
Peter J Ashcroft, Esq.
PA I.D. # 87317
pashcroft@bernsteinlaw.com
707 Grant Street, Suite 2200, Gulf Tower
Pittsburgh, PA 15219
Phone - (412) 456-8107
Fax - (412) 456-8135

Dated: March 22, 2017