# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

      Chapter 13

      Bankruptcy No. 16-11707-AMC

EVELYN J HARVEY

6125 N. FRANKLIN STREET

PHILADELPHIA, PA 19120

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

EVELYN J HARVEY

6125 N. FRANKLIN STREET

PHILADELPHIA, PA 19120

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Date: 3/23/2017

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee