United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-11707-amc
Evelyn J. Harvey                                                         Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John              Page 1 of 2           Date Rcvd: May 31, 2017
                            Form ID: 160            Total Noticed: 21

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 02, 2017.
```
db             +Evelyn J. Harvey,    6125 N. Franklin Street,    Philadelphia, PA 19120-1328
aty            +LEVI WILKES,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave. Suite 100,
                 Boca Raton, FL 33487-2853
13689856        Ashley Home Store,    1 Ashely Way,    Boulder Junction, WI 54512
13707875       +Consumer Portfolio Services,    19500 Jamboree Rd.,    Irvine, CA 92612-2411
13707877       +Karen Little,    3233 N. 26th Street,    Philadelphia, PA 19129-1806
13725094       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13840450       +MidFirst Bank,    c/o THOMAS I. PULEO,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13705537       +MidFirst Bank,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13689859        Midland Mortgage,    POB 268806,    Oklahoma City, OK 73126-8806
13689860       +Ocwen Loan Servicing,    P.O. Box 6723,    Springfield, OH 45501-6723
13723119       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13707880        Police & Fire Federal Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
13689861        Silver Lake Resort,    Black Lake Road,    Kissimmee, FL 34747-1760
13789543        The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13704117       +The Bank of New York Mellon,    c/o LEVI WILKES,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave. Suite 100,    Boca Raton, FL 33487-2853
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              E-mail/Text: bankruptcy@phila.gov Jun 01 2017 01:19:18      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13707874        E-mail/Text: bankruptcy@phila.gov Jun 01 2017 01:19:19      City of Philadelphia,
                 Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508
13781527       +E-mail/Text: bankruptcy@phila.gov Jun 01 2017 01:19:19
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13769129       +E-mail/Text: bankruptcy@consumerportfolio.com Jun 01 2017 01:19:09
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13689857        E-mail/Text: cio.bncmail@irs.gov Jun 01 2017 01:18:43      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
13711753        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 01 2017 01:18:51
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                                TOTAL: 6
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BAN
13689858        Karen Little
13707873*       Ashley Home Store,    1 Ashely Way,    Boulder Junction, WI 54512
13707876*       Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
13707878*       Midland Mortgage,    POB 268806,    Oklahoma City, OK 73126-8806
13707879*      +Ocwen Loan Servicing,    P.O. Box 6723,    Springfield, OH 45501-6723
13707881*       Silver Lake Resort,    Black Lake Road,    Kissimmee, FL 34747-1760
                                                                                   TOTALS: 2, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 02, 2017                                      Signature:   /s/Joseph Speetjens

```
District/off: 0313-2          User: John              Page 2 of 2              Date Rcvd: May 31, 2017
                              Form ID: 160            Total Noticed: 21
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 31, 2017 at the address(es) listed below:
              ANDREW F GORNALL     on behalf of Creditor    MidFirst Bank agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              JOSEPH JASPER SWARTZ    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
               RA-occbankruptcy6@state.pa.us
              JOSHUA ISAAC GOLDMAN     on behalf of Creditor    MidFirst Bank bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              PAMELA ELCHERT THURMOND     on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              THOMAS I. PULEO    on behalf of Creditor    MidFirst Bank tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.     ecfemails@ph13trustee.com, philaecf@gmail.com
              ZACHARY  PERLICK    on behalf of Debtor Evelyn J. Harvey Perlick@verizon.net,
               pireland1@verizon.net
                                                                                             TOTAL: 9
```

*UNITED STATESBANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Evelyn J. Harvey
    Debtor(s)

Case No: 16−11707−amc
Chapter: 13

___

## NOTICE OF HEARING

To the debtor, debtor's attorney, the standing trustee and those creditors which appeared at the Sec. 341 creditors meeting,

NOTICE is given that a hearing will be held before the Honorable Ashely M. Chan , United States Bankruptcy Court,

    on: 8/15/17

    at: 10:00 AM

    in: Courtroom #5, 900 Market Street, Philadelphia, PA 19107

to consider confirmation of the debtor's plan in the above case. Objections to confirmation should be filed at least 10 days before the above date with the Clerk of the U.S. Bankruptcy Court

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

and serve counsel for the debtor at least 5 days before the above date.

Dated: 5/31/17

For The Court

Timothy B. McGrath
Clerk of Court