```
                          United States Bankruptcy Court
                          Eastern District of Pennsylvania
In re:                                                      Case No. 16-11707-amc
Evelyn J. Harvey                                            Chapter 13
          Debtor
                              CERTIFICATE OF NOTICE
District/off: 0313-2         User: Virginia             Page 1 of 2          Date Rcvd: Jul 17, 2018
                             Form ID: pdf900            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 19, 2018.
db             +Evelyn J. Harvey,    6125 N. Franklin Street,    Philadelphia, PA 19120-1328
aty            +LEVI WILKES,    Robertson, Anschutz & Schneid, P.L.,    6409 Congress Ave. Suite 100,
                 Boca Raton, FL 33487-2853
13689856        Ashley Home Store,    1 Ashely Way,    Boulder Junction, WI 54512
13707875       +Consumer Portfolio Services,    19500 Jamboree Rd.,    Irvine, CA 92612-2411
13707877       +Karen Little,    3233 N. 26th Street,    Philadelphia, PA 19129-1806
13840450       +MidFirst Bank,    c/o THOMAS I. PULEO,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13705537       +MidFirst Bank,    c/o ANDREW F GORNALL,    KML Law Group, P.C.,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13725094       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
13689859        Midland Mortgage,    POB 268806,    Oklahoma City, OK 73126-8806
13689860       +Ocwen Loan Servicing,    P.O. Box 6723,    Springfield, OH 45501-6723
13723119       +Philadelphia Gas Works,    800 W Montgomery Ave,    Phila Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13707880        Police & Fire Federal Credit Union,    901 Arch Street,    Philadelphia, PA 19107-2495
13689861        Silver Lake Resort,    Black Lake Road,    Kissimmee, FL 34747-1760
13789543        The Bank of New York Mellon,    c/o Ocwen Loan Servicing, LLC,    Attn: Bankruptcy Department,
                 P.O. BOX 24605,    West Palm Beach, FL 33416-4605
13704117       +The Bank of New York Mellon,    c/o LEVI WILKES,    Robertson, Anschutz & Schneid, P.L.,
                 6409 Congress Ave. Suite 100,    Boca Raton, FL 33487-2853
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:17:01      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankrupcty Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 18 2018 02:16:51      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:17:01      City of Philadelphia,
                 Law Revenue Department,    c/o Pamela Elchert Thurmond,    1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,    Philadelphia, PA  19102
13707874        E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:17:01      City of Philadelphia,
                 Law Department, Enforecment Div.,    1515 Arch Street, 15th Fl.,    Philadelphia, PA 19102-1508
13781527       +E-mail/Text: megan.harper@phila.gov Jul 18 2018 02:17:01
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,    BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,    PHILADELPHIA, PA 19102-1640
13769129       +E-mail/Text: bankruptcy@consumerportfolio.com Jul 18 2018 02:16:46
                 CONSUMER PORTFOLIO SERVICES, INC.,    P.O. BOX 57071,    IRVINE, CA. 92619-7071
13689857        E-mail/Text: cio.bncmail@irs.gov Jul 18 2018 02:16:25      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
13711753        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 18 2018 02:16:42
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                              TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              OCWEN LOAN SERVICING, LLC, AS SERVICER FOR THE BAN
13689858        Karen Little
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
13707873*       Ashley Home Store,    1 Ashely Way,    Boulder Junction, WI 54512
13707876*       Internal Revenue Service,    Centralized Insolvency Operation,    PO Box 7346,
                 Philadelphia, PA 19101-7346
13707878*       Midland Mortgage,    POB 268806,    Oklahoma City, OK 73126-8806
13707879*      +Ocwen Loan Servicing,    P.O. Box 6723,    Springfield, OH 45501-6723
13707881*       Silver Lake Resort,    Black Lake Road,    Kissimmee, FL 34747-1760
                                                                                   TOTALS: 2, * 6, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2018                            Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia              Page 2 of 2                  Date Rcvd: Jul 17, 2018
                              Form ID: pdf900             Total Noticed: 23
```

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:

```
          ANDREW F GORNALL     on behalf of Creditor   MidFirst Bank agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
           ecfemails@ph13trustee.com
          JOSEPH JASPER SWARTZ    on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
           RA-occbankruptcy6@state.pa.us
          JOSHUA ISAAC GOLDMAN     on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          PAMELA ELCHERT THURMOND     on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
           karena.blaylock@phila.gov
          REBECCA ANN SOLARZ    on behalf of Creditor   MidFirst Bank bkgroup@kmllawgroup.com
          THOMAS I. PULEO    on behalf of Creditor   MidFirst Bank tpuleo@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
          ZACHARY   PERLICK    on behalf of Debtor Evelyn J. Harvey Perlick@verizon.net,
           pireland1@verizon.net
                                                                                              TOTAL: 10
```

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EVELYN J HARVEY   Chapter 13

Debtor   Bankruptcy No. 16-11707-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this __17th__ day of __July__, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M. Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Debtor:
EVELYN J HARVEY

6125 N. FRANKLIN STREET

PHILADELPHIA, PA 19120